John T. Kennedy (CA137738)
jkennedy@nossaman.com
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
Nossaman LLP
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorneys For Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA D. HOOKANO,<br><br>            Plaintiff,<br><br>     vs.<br><br>WASHINGTON MUTUAL BANK, Inc., a Washington State Corporation, DOES 1-50,<br><br>            Defendants. | Case No:  S-08-751 LKK/JFM<br><br>**ORDER SUBSTITUTING PARTY DEFENDANT; STAYING CASE; AND RE-SCHEDULING STATUS CONFERENCE**<br><br>Judge: Honorable Lawrence K. Karlton<br>Date filed: April 8, 2008<br>Trial date: October 20, 2009 |

This matter came before this Court on the Stipulation of the Federal Deposit Insurance Corporation ("FDIC"), as Receiver of Defendant Washington Mutual Bank, and Plaintiff, Sandra Hookano ("Plaintiff").  This Court finding good cause exists enters this Order pursuant to the provisions of 12 U.S.C. § 1821(c)(3)(A) and (d)(12).

**IT IS HEREBY ORDERED THAT:**

1.      The FDIC, as receiver for Washington Mutual Bank, is hereby substituted as Defendant in the place of Washington Mutual Bank.

2.      This matter is hereby stayed until March 16, 2009.

3.      The Status (Pretrial Scheduling) Conference Order entered on August 20, 2008, is vacated and the Court hereby sets a status conference after March 5, 2009, for March 23, 2009 at 2:30 p.m..

Date: January 7, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

110267_1.DOC                                                                                          Case No. S-08-751 LKK/JFM
[PROPOSED] ORDER PERMITTING SUBSTITUTION OF PARTY DEFENDANT AND STAYING CASE

PDF created with pdfFactory trial version www.pdffactory.com