John T. Kennedy (CA137738)
jkennedy@nossaman.com
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
Nossaman LLP
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

Attorneys For Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR WASHINGTON MUTUAL BANK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA D. HOOKANO,<br><br>      Plaintiff,<br><br>     vs.<br><br>WASHINGTON MUTUAL BANK, Inc., a<br>Washington State Corporation, DOES 1-50,<br><br>     Defendants. | Case No: S-08-751 LKK/JFM<br><br>**ORDER CONTINUING STAY OF CASE**<br><br>Judge: Honorable Lawrence K. Karlton<br>Date filed: April 8, 2008<br>Trial date: October 20, 2009 |

This matter came before this Court on the Stipulation of the Federal Deposit Insurance Corporation ("FDIC"), as Receiver of Defendant Washington Mutual Bank, and Plaintiff, Sandra Hookano ("Plaintiff"). This Court finding good cause exists enters this Order.

**IT IS HEREBY ORDERED THAT:**

1.     This case is hereby stayed until the administrative process, proscribed by 12 U.S.C. § 1821(d)(3) - (d)(13), has been completed or for 180 days. Counsel for the FDIC shall notify the Court when the administrative process has been completed. Should the administrative process not be completed within 180 days counsel for the FDIC shall so advise the court and provide a status report.

2.     The status conference scheduled for March 23, 2009, is hereby vacated.

Date: March 11, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com