UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA D. HOOKANO,

        NO. CIV. S-08-751 LKK/JFM

    Plaintiff,

  v.

WASHINGTON MUTUAL BANK, INC., a Washington State corporation, "JANE THOMPSON", an individual, KELLER WILLIAMS REALTY, PAUL BOUDIER, and DOES 1-50,

    O R D E R

    Defendants.
_____/

    It has come to the court's attention that the court has opened a minimal account for his daughter with Washington Mutual Bank. Upon review and consideration of the case, the court determines that this interest presents no conflict in the fair adjudication of the case and that recusal is not necessary.

    IT IS SO ORDERED.

    DATED: June 16, 2009.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT