John T. Kennedy (CA137738)
jkennedy@nossaman.com
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
Nossaman LLP
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorneys For Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA D. HOOKANO, | Case No:  2-08-751 LKK/JFM |
| Plaintiff, | **ORDER CONTINUING STAY OF CASE** |
| vs. | Judge: Honorable Lawrence K. Karlton |
| WASHINGTON MUTUAL BANK, Inc., a Washington State Corporation, DOES 1-50, | Date filed: April 8, 2008 |
| Defendants. | |

This matter came before this Court on the Stipulation of the Federal Deposit Insurance Corporation ("FDIC-R"), as Receiver of Defendant Washington Mutual Bank, and Plaintiff, Sandra Hookano ("Plaintiff").  This Court finding good cause exists enters this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Stipulation is hereby approved.  This case is hereby stayed for an additional 180 days, until March 6, 2010 to enable the FDIC-R to complete its determination of Plaintiff's administrative claim.  All dates scheduled by this Court are vacated.

2.      Counsel for the FDIC-R shall advise the Court when the administrative process has been completed.  Should the process not be completed within 180 days counsel for the FDIC-R shall so advise the Court and provide a status report.

Dated:  August 28, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com