John T. Kennedy (CA137738)
jkennedy@nossaman.com
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
Nossaman LLP
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorneys For Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA D. HOOKANO,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, Inc., a Washington State Corporation, JANIS WATSON, an individual, DOES 1-50,<br><br>Defendants. | Case No:  2-08-751 LKK/JFM<br><br>**ORDER DISMISSING THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK WITH PREJUDICE**<br><br>Judge: Honorable Lawrence K. Karlton<br><br>Date filed: April 8, 2008 |

This matter came before this Court on the Stipulation of the Federal Deposit Insurance Corporation ("FDIC-R"), as Receiver of Defendant Washington Mutual Bank, and Plaintiff, Sandra Hookano ("Plaintiff").  This Court finding good cause exists enters this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved.

2. The FDIC-R, as receiver for Washington Mutual Bank, is hereby dismissed with prejudice and without costs and attorneys' fees.

Date: April 21, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com