JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER and CALIFORNIA RECONVEYANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA D. HOOKANO<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, Inc., a Washington State Corporation, JANIS WATSON, an individual, FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC-R") as Receiver for Washington Mutual Bank, JP MORGAN CHASE BANK, CALIFORNIA RECONVEYANCE COMPANY, DOES 1 - 50,<br><br>    Defendants. | **CASE NO.:** 2:08-CV-00751 LKK-JFM<br><br>**JUDGE:**    Lawrence K. Karlton<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>(Local Rule 6-144)<br><br>**Action Filed:** April 4, 2008 |

///

///

///

///

1
[PROPOSED] ORDER

1132813.1

GOOD CAUSE APPEARING and pursuant to the Stipulation by plaintiff Sandra D. Hookano ("Plaintiff") and defendants JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver ("JPMorgan"), and California Reconveyance Company ("CRC" and collectively "Defendants") to extend time for Defendants to respond to the Second Amended Complaint ("SAC"), IT IS ORDERED that Defendants shall have up to, and including, June 25, 2010 to respond to the SAC.

Dated: June 14, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
[PROPOSED] ORDER

1132813.1