Thomas E. Ho'okano, No. 52477
**LAW OFFICE OF THOMAS E. HO'OKANO**
2170 Promontory Point Lane
Gold River, California 95670
Telephone:     (916) 706-3354
Facsimile:     (916) 706-2004

Attorneys for Plaintiff Sandra D. Hookano

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA D. HOOKANO** | Case No. 2:08-CV-00751 LKK JFM |
| **Plaintiff**, | **ORDER ALLOWING THE CONTINUANCE OF THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT AND ADJUSTING THE BRIEFING SCHEDULE PURSUANT TO THE STIPULATION OF COUNSEL.** |
| v. | |
| WASHINGTON MUTUAL BANK, Inc., a Washington State Corporation, JANIS WATSON, an individual, FDIC -R, as receiver for Defendant Washington Mutual Bank, JP MORGAN CHASE BANK, CALIFORNIA RECONVEYANCE COMPANY, DOES 1-50, | |
| **Defendants** / | |

The Court has reviewed the Stipulation of Counsel Continuing The Hearing On Defendants' Motion To Dismiss Second Amended Complaint And Extending The Briefing Schedule Pursuant To Local Rule 143. The Court now issues its Order as follows:

The hearing on Defendants JP Morgan Chase Bank and California Reconveyance Company's Motion to Dismiss Plaintiff's Second Amended Verified Complaint shall be continued from August 30, 2010 at 10:00 a.m to September 13, 2010 at 10:00 a.m. in Courtroom 4. The briefing schedule in regard defendants' motion shall be adjusted in

<u>Hookano v  WAMU</u> Proposed Order Re Hrg. On Motion   Case No.2:08-CV-00751 LKK JFM

1  accordance with the local rules with the due dates for plaintiff's opposition and
2  defendants' reply brief, if any, calculated from the September 13, 2010 continued hearing
3  date.
4     IT IS SO ORDERED.

6     Date: August 13, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT