UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA D. HOOKANO,

                NO. CIV. S-08-751 LKK/JFM

    Plaintiff,

    v.

                O R D E R

WASHINGTON MUTUAL BANK,
INC., a Washington State
corporation, "JANE
THOMPSON", an individual,
KELLER WILLIAMS REALTY,
PAUL BOUDIER, and
DOES 1-50,

    Defendants.
_____/

    Pending before the court in the above-captioned case is a motion to dismiss by defendants Washington Mutual Bank, Inc., JP Morgan Chase Bank, and California Reconveyance Company. The court does not find oral argument necessary in this matter. Accordingly, the hearings on the above motions currently set for September 13, 2010 are VACATED. The deadline for submission of plaintiffs' oppositions and defendant's reply memoranda, if any, remain unchanged.

1

1        IT IS SO ORDERED.

2        DATED:   September 3, 2010.

                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT