UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA D. HOOKANO,

                        NO. CIV. S-08-751 LKK/JFM

        Plaintiff,

    v.
                           O R D E R

WASHINGTON MUTUAL BANK,
INC., a Washington State
corporation, "JANE
THOMPSON", an individual,
KELLER WILLIAMS REALTY,
PAUL BOUDIER, and
DOES 1-50,

        Defendants.
                             /

    On September 4, 2008, plaintiff filed an amended complaint, bringing state law claims against numerous defendants including Washington Mutual Bank, Inc. ("WAMU"). WAMU is under receivership by the Federal Deposit Insurance Corporation ("FDIC"). The court stayed this case for several months to allow the FDIC to complete its determination of plaintiff's administrative claim. On March 9, 2010, the FDIC moved to dismiss. On March 22, 2010, plaintiff moved to file a second amended complaint instead of filing an opposition

1

1 to the FDIC's motion. The court granted plaintiff's motion, and
2 plaintiff filed a second amended complaint on April 19, 2010. This
3 complaint similarly only brought state claims. The following day,
4 plaintiff filed a stipulation to dismiss the FDIC as receiver for
5 WAMU. The court ordered dismissal of the FDIC. On June 25, 2010,
6 defendants WAMU, JP Morgan Chase Bank, and California Reconveyance
7 Company ("CRC") moved to dismiss the second amended complaint.
8 According to plaintiff's second amended complaint, both plaintiff
9 and CRC are citizens of California.

10   It appears that this case no longer presents a federal
11 question since the dismissal of the FDIC. Additionally, it appears
12 that the court lacks diversity jurisdiction over plaintiff's
13 complaint because of the common citizenship of CRC and plaintiff.
14 If these are both the case, the court will decline to exercise
15 supplemental jurisdiction over the remaining state law claims. 28
16 U.S.C. § 1367(c)(3). Plaintiff and moving defendants are therefore
17 ORDERED TO SHOW CAUSE within seven days of the issuance of this
18 order why this case should not be dismissed for lack of subject
19 matter jurisdiction.

20   IT IS SO ORDERED.

21   DATED: September 15, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT